UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| ERNEST CALVINO JR., | |
|---|---|
| Plaintiff, | |
| -against- | 20-CV-0348 (CM) |
| DONALD TRUMP; IVANKA TRUMP; MELANIE TRUMP; ILKA TRUMP, | CIVIL JUDGMENT |
| Defendants. | |

Pursuant to the order issued January 22, 2020, dismissing this action,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: January 22, 2020
New York, New York

COLLEEN McMAHON
Chief United States District Judge